No. 81–554.  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* WYOMING ET AL.  Appeal from D. C. Wyo. Probable jurisdiction noted.

No. 81–878.  LARKIN ET AL. *v.* GRENDEL'S DEN, INC. Appeal from C. A. 1st Cir.  Probable jurisdiction noted.

No. 81–741.  U. S. MARKETING, INC., ET AL. *v.* IDAHO ET AL.  Appeal from Sup. Ct. Idaho.  Probable jurisdiction noted limited to Question I presented by the jurisdictional statement.

No. 81–896.  PERRY EDUCATION ASSN. *v.* PERRY LOCAL EDUCATORS' ASSN. ET AL.  Appeal from C. A. 7th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 81–430.  ILLINOIS *v.* GATES ET UX.  Sup. Ct. Ill. Certiorari granted.

No. 81–431.  GUARDIANS ASSN. ET AL. *v.* CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 81–920.  VERLINDEN B. V. *v.* CENTRAL BANK OF NIGERIA.  C. A. 2d Cir.  Certiorari granted.

No. 81–129.  LANDON, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE *v.* PLASENCIA. C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.